UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CASE NO. 6:14-CR-00203-02 |
| **VERSUS** | JUDGE DRELL |
| **ELLIOT JOLET (02)** | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 634), and after a *de novo* review of the record, noting the absence of objections by Petitioner and having determined that the findings and recommendation are correct under the applicable law; accordingly, it is hereby ORDERED that the Report and Recommendation of the Magistrate Judge is ADOPTED in full and, for the reasons so stated therein, it is further

ORDERED, ADJUDGED and DECREED that Petitioner's "Motion Under Federal Rules of Criminal Procedure Rule 60" (Doc. 546), construed by this court as a petition for writ of habeas corpus under 28 USC § 2255, is DENIED and DISMISSED.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 9th day of September, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT